# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **LEONARD RUSSELL ALLISON,** ) | |
| as personal representative of the Estate ) | |
| of Blake Michael Allison, deceased, ) | |
|   ) | |
|   **Plaintiff,** ) | |
|   ) | |
| vs.   ) | **CIVIL ACTION NO. 03-0369-CG-L** |
|   ) | |
| **MARTIN TRANSPORT, INC., MARTIN** ) | |
| **RESOURCES, INC., and RONALD GAIL** ) | |
| **MATTHEWS,** ) | |
|   ) | |
|   **Defendants.** ) | |

## ORDER ON JURY TRIAL

The above-styled action came on for trial by jury in the Northern Division (Selma, AL) on May 4 and 5, 2005, before the Honorable Callie V. S. Granade, Chief United States District Judge. The jury was selected and sworn by Judge Granade on May 4, 2005.

Prior to jury selection on May 4, 2005, the court held an in camera hearing regarding the parties' motions in limine. (Docs. 72 & 74) The court's rulings are as set forth on the record.

The jury was duly sworn immediately after jury selection, and trial commenced. Plaintiff presented his case-in-chief, and rested on May 5, 2005. The defendants orally moved for judgment as a matter of law at the close of the plaintiff's case as to all claims alleged in the plaintiff's complaint, and the motion was **GRANTED** as to plaintiff's wantonness claim, and **DENIED** as to plaintiff's negligence claim. The defendants then presented their evidence and rested. At the conclusion of all the evidence, the defendants orally renewed their motion for judgment as a matter of law as to the plaintiff's negligence claim, and said motion was **DENIED** as set forth on the record. A charge conference was held with counsel, the court

charged the jury on the applicable law, and the jury commenced their deliberations.

Now, on the 5th day of May, 2005, comes the jury who having heard the evidence, the arguments of counsel, the charge of the court and having considered the same upon their oaths return their verdict into open court with counsel present, to wit:

"WE, THE JURY, FIND FOR THE DEFENDANTS, MARTIN TRANSPORT, INC., MARTIN RESOURCES, INC. AND RONALD GAIL MATHEWS.

>                       CLOYD NUTT
>                       FOREPERSON"

By separate document, the court will enter judgment in accordance with the verdict of the jury.

**DONE and ORDERED** this the 9th day of May, 2005.

>                /s/ Callie V. S. Granade
>        CHIEF UNITED STATES DISTRICT JUDGE