# IN THE UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | |
|---|---|
| **LEONARD RUSSELL ALLISON,** ) | |
| as personal representative of the Estate ) | |
| of Blake Michael Allison, deceased, ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | **CIVIL ACTION NO. 03-0369-CG-L** |
| ) | |
| **MARTIN TRANSPORT, INC., MARTIN** ) | |
| **RESOURCES, INC., and RONALD GAIL** ) | |
| **MATTHEWS,** ) | |
| ) | |
| **Defendants.** ) | |

## FINAL JUDGMENT

In accordance with the findings of the court and the jury on May 5, 2005, finding in favor of the defendants, it is **ORDERED, ADJUDGED** and **DECREED** that the plaintiff's claims against defendants Martin Transport, Inc., Martin Resources, Inc., and Ronald Gail Matthews are hereby **DISMISSED WITH PREJUDICE**. Costs are to be taxed to the plaintiff.

**DONE and ORDERED** this the 9th day of May, 2005.


/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE